1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant LY

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-08-70108 MAG (MEJ)
                                     )
12                 Plaintiff,        )   STIPULATION AND [PROPOSED]
                                     )   ORDER FOR MODIFICATION OF
13         v.                        )   BAIL CONDITIONS
                                     )
14 PING LY,                          )
                                     )   Next Date: March 21, 2008
15                                   )   Time: 9:30 a.m.
                 Defendants.         )   Court: Honorable Joseph C. Spero
16                                   )
                                     )
17                                   )

18

19         Defendant Ping Ly hereby moves the Court to remove one condition of pretrial release; the

20 mandatory drug testing condition.  As the underlying offense in this matter relates to passport fraud,

21 and the Pretrial Services report from the Eastern District indicates no drug or alcohol use on the part

22 of Mr. Ly (with the exception of Mr. Ly's admission that in high school that he occasionally

23 experimented with marijuana), Mr. Ly respectfully requests the Court to remove the condition.  The

24 condition requires Mr. Ly to call the drug services provider every day, and drive to the testing

25 location when called upon.  Mr. Ly was injured in a car accident in December, 2007 and lost an eye

26 during that accident.  He is currently trying to avoid driving an automobile as much as possible while

                                          1

1  he adjusts to only being able to see out of one eye.

2  United States Pretrial Services Officer Alan Lew has been contacted by defense counsel about
3  this request, and has no objection to the request for modification.

4  Assistant United States Attorney Wendy Thomas has been contacted by defense counsel, and
5  has no objection to the request, as indicated by her signature below.

6  WHEREFORE, defendant Ly respectfully request this Court to grant the proposed
7  modification, and to remove the drug testing condition from his conditions of pretrial release set in
8  the Eastern District of California.  If the Court so agrees, USPTO Allen Lew will notify the Eastern
9  District of the Court's order.

11  IT IS SO STIPULATED.

12  DATED:        3/10/08           _____/S/_____
                                    ELIZABETH M. FALK
13                                  Assistant Federal Public Defender

15  DATED:        3/10/08           _____/S/_____
                                    WENDY M. THOMAS
16                                  Assistant United States Attorney

18                          **[PROPOSED] ORDER**

19  GOOD CAUSE SHOWN, it is hereby ORDERED that the bail conditions of defendant Ping
20  Ly be modified.  The mandatory drug testing condition is hereby SUSPENDED.  All of the other
21  terms and conditions of the bond remain in effect.

23  DATED:   March 11, 2008

                                    _____
25                                  THE HON[ORABLE JOSEPH C.] SPERO
                                    UNITED S[TATES MAGISTRATE] JUDGE

2