AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. 1028(a)(4)
Possession of Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-filing

PENALTY: Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ PING LY a/k/a Shing Hoi Ly

DISTRICT COURT NUMBER

CR 08 0170 MAG

FILED MAR 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}  MAGISTRATE CASE NO.
  3-08-70108 MEJ

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT        Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3                                                           FILED
4                                                           MAR 1 9 2008
5                                                           RICHARD W. WIEKING
                                                            CLERK, U.S. DISTRICT COURT
6                                                           NORTHERN DISTRICT OF CALIFORNIA

                                    E-filing
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION
                                                                          MAG
11
12  UNITED STATES OF AMERICA,         )   CR 08       0170
                                      )
13         Plaintiff,                 )   VIOLATION: Title 18, United States Code,
                                      )   Section 1028(a)(4) – Possession of an
14      v.                            )   Identification Document with Intent to
                                      )   Defraud the United States (Class A
15  PING LY,                          )   Misdemeanor)
       a/k/a Shing Hoi Ly,            )
16                                    )
           Defendant.                 )   SAN FRANCISCO VENUE
17  _____)

18

19                                  I N F O R M A T I O N

20  The United States Attorney charges:

21        On or about January 2, 2007, in the Northern District of California, the defendant,

22                                       PING LY,
                                   a/k/a Shing Hoi Ly,
23  knowingly possessed an identification document, other than one issued lawfully for the

24  defendant's use, to wit: a Nevada Driver's License bearing the name Shing Hoi Ly, with the

25  //

26  //

27  //

28  //


INFORMATION

1 | intent that the identification document be used to defraud the United States, in violation of Title
2 | 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

4 | DATED: February 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: 
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION