PROPOSED ORDER/COVER SHEET

TO:     Honorable Joseph C. Spero          RE:     Ly, Ping
        U.S. Magistrate Judge

                                            FILED
                                            2008 MAR 28 AM 7:17

FROM:   Claudette M. Silvera, Chief        RICHARD W. WIEKING
        U.S. Pretrial Services Officer     CLERK              DOCKET NO.: 08-0170
                                            U.S. DISTRICT COURT
                                            NO DIST OF CA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                     415-436-7501
U.S. PRETRIAL SERVICES OFFICER                 TELEPHONE NUMBER

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:


_____           _____
JOSEPH C. SPERO                           3/26/08
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                          DATE