AO 86A (Rev. 4/91) Consent to Proceed – Misdemeanor

# United States District Court

_Northern_ DISTRICT OF _California_

| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE |
| V. | UNITED STATES MAGISTRATE JUDGE |
| Ping Ly | IN A MISDEMEANOR CASE |

FILED
MAR 3 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: CR 08-170 MAG

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.**

X _____, Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.** _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____, Defendant

---

_____
Defendant's Attorney (if any)

Approved By: JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
U.S. Magistrate Judge

3/31/08
Date