~~PROPOSED~~ ORDER/COVER SHEET

FILED
2008 APR -7 AM 7:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

TO:      Honorable Joseph C. Spero                    RE:   Ly, Ping
         U.S. Magistrate Judge

FROM:    Claudette M. Silvera, Chief                  DOCKET NO.:   CR08-0170 JCS
         U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                            415-436-7501
U.S. PRETRIAL SERVICES OFFICER                        TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 2, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A -15th Floor on 4/18/08 at 10:30 Am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                                      4/3/08
                                                      DATE

Cover Sheet (03/26/08)