07/02/2008 11:32 AM EST

## Case Debt Type Payment Report
### U.S. Courts

Version 7.0.1

**San Francisco**

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Lu # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | PING LY | DCAN308CR000170 US V LY | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611020636 | 1 | PR | 25.00 | 06/27/2008 |

Division Payment Total  25.00

Grand Total  25.00

Page 1 of 1

$25.00 SPECIAL ASSESSMENT
PAID IN FULL
M 6-27-08