BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0170 JCS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| PING LY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 21, 2008, the Court held the initial appearance on the alleged probation violation in the above-captioned case. Because the alleged violation is based on a state charge in Placer County, California, the parties agreed to put the matter over until January 23, 2009 to allow sufficient time to determine the status of the state court proceeding. Defense counsel was recently informed that the state court matter is still unresolved, and the next state court appearance is not until February 10, 2009.

///

///

///

///

///

CR-08-0170 JCS;
STIP & [PROPOSED] ORD. TO CONTINUE
STATUS CONFERENCE                    1

| | |
|---|---|
| 1 | Accordingly, because the parties believe that they will not have sufficient information to proceed on January 23rd, the parties jointly request that the status conference in this case be continued to February 27, 2009 at 10:30 am. |

Accordingly, because the parties believe that they will not have sufficient information to proceed on January 23rd, the parties jointly request that the status conference in this case be continued to February 27, 2009 at 10:30 am.

United States Probation Officer Octavio Magana has no objection to this request.

IT IS SO STIPULATED.

January 14, 2009
DATED

/s/
WENDY THOMAS
Assistant United States Attorney

January 14, 2009
DATED

/s/
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

January 15, 2009
DATED

JOSEPH C. SPERO
United States Magistrate Judge

CR-08-0170 JCS;
STIP & [PROPOSED] ORD. TO CONTINUE
STATUS CONFERENCE                2